```
1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MARC DAYS, CA Bar #184098
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   SERGIO DELGADO-MONTOYA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:09-cr-00184 AWI |
|---|---|---|
| *Plaintiff,* | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) ) | ORDER THEREON |
| SERGIO DELGADO-MONTOYA, | ) ) | Date : November 9, 2009 |
| *Defendant.* | ) ) ) | Time: 9:00 a.m. Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for October 5, 2009, **may be continued to November 9, 2009, at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense preparation and to allow time for preparation of a presentence investigation report for use by the parties in plea negotiation prior to the hearing. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B).

McGREGOR W. SCOTT
United States Attorney

DATED: October 1, 2009

/s/ Susan Phan
SUSAN PHAN
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: October 1, 2009

/s/ Marc Days
MARC DAYS
Assistant Federal Defender
Attorney for Defendant
Sergio Delgado-Montoya


**O R D E R**

Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   October 2, 2009**              /s/ **Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing;  Order Thereon                    2