```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SERGIO DELGADO-MONTOYA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-cr-00184 AWI |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ORDER THEREON |
| SERGIO DELGADO-MONTOYA, | Date : November 16, 2009 |
| *Defendant.* | Time: 9:00 a.m. |
| | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for November 9, 2009, **may be continued to November 16, 2009, at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense preparation and because counsel has been advised that a revised plea offer is forthcoming, which counsel will need to review with defendant prior to the hearing. The requested continuance should provide the parties the necessary time to complete plea negotiation prior to the hearing and will conserve time and resources for all parties and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B).

                                       LAWRENCE G. BROWN
                                       United States Attorney

DATED:  November 5, 2009           /s/ Susan Phan
                                       SUSAN PHAN
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

                                       DANIEL J. BRODERICK
                                       Federal Defender

DATED: November 5, 2009            /s/  Marc Days
                                       MARC DAYS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       Sergio Delgado-Montoya


**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:     November 5, 2009**                    **/s/ Anthony W. Ishii**
                                                       CHIEF UNITED STATES DISTRICT JUDGE